```
              IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF ARKANSAS
                        WESTERN DIVISION
```

UNITED STATES OF AMERICA

    vs                      4:03CR00302-03-WRW

ANDREW GREER

<u>AMENDED AND SUBSTITUTED</u>
<u>JUDGMENT AND COMMITMENT</u>

      The above entitled cause came on for a hearing on the petition to revoke the supervised release granted this defendant. Upon the basis of the evidence presented, the Court found that the defendant did violate conditions of his supervised release without just cause on the marijuana violation. The Court made no finding on the other violations.

      IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant be, and it is hereby, REVOKED.

      It is further ordered that the defendant be committed to the custody of the Bureau of Prisons for imprisonment for a term of nine (9) months. The defendant is to participate in residential or nonresidential substance abuse treatment during incarceration. A term of supervised release of 3 years will follow incarceration. All previously imposed conditions of supervised release will remain in full force and effect. The defendant is remanded into the custody of the U.S. Marshal.

      IT IS SO ORDERED this 9th day of January, 2007.

                                                /s/ Wm. R.Wilson,Jr.
                                   UNITED STATES DISTRICT JUDGE

supvrl2.wpd